IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON WILD and WILDEARTH
GUARDIANS,

               Plaintiffs,

     v.

UNITED STATES FOREST SERVICE,
MICHAEL RAMSEY, JEANNETTE
WILSON, RANDY MOORE, and
THOMAS VILSACK,

               Defendants.

Case No. 1:22-cv-01007-MC

**JUDGMENT**

**MCSHANE, Judge**:

     Based on the record, judgment for Defendants.

IT IS SO ORDERED.

     DATED this 4th day of August, 2023.

                          _____s/Michael J. McShane_____
                             **Michael J. McShane**
                           **United States District Judge**