**SCOTT E. BRADFORD, OSB # 062824**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
          Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **OREGON WILD**; **WILDEARTH GUARDIANS**; and **GO ALLIANCE**,<br><br>          Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE**; **DONALD ASHCRAFT**; **JEANNETTE WILSON**; **TOM SCHULTZ**; and **BROOKE ROLLINS**,<br><br>          Defendants. | Case No. 1:22-cv-01007-MC<br><br>**DECLARATION OF BRADLEY KINDER IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT/IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Bradley Kinder, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am the Acting Director of Ecosystem Management Coordination of the Washington Office for the United States Department of Agriculture (USDA), U.S. Forest Service. I have held this position since June 2025. I have been employed by the U.S. Forest Service since November 2011. My permanent position is Deputy Director of Ecosystem Management Coordination. I have served in that role since August 2024. The Director of Ecosystem Management Coordination is responsible for developing and recommending national policy, procedures, coordination measures, technical administration, oversight of the National Environmental Policy Act (NEPA) compliance, and training necessary to implement NEPA within the U.S. Forest Service (FSM 1950.41c).

2. On July 3, 2025, USDA published an Interim Final Rule in the Federal Register, revising the USDA NEPA regulations at 7 CFR 1b and rescinding the Forest Service NEPA regulations at 36 CFR 220. The revised Interim Final Rule at 7 CFR 1b retained the Categorical Exclusions (CE) formerly listed at 36 CFR 220.6. Categorical exclusions are a key tool for NEPA compliance for critical resource management, particularly in the context of wildlife habitat protection, including wildfire suppression and recovery.

3. The Forest Service promulgated the CE at issue, 36 CFR 220.6(e)(6) at least as early as 1992 within USFS NEPA Revised Policy and Procedures (31.2(6)). The CE was carried forward and included in the USFS NEPA Procedures (2008) which codified policy and procedures within regulation. The agency has been

implementing actions for 33 years under this category. The Forest Service uses the CE that was previously at 36 CFR 220.6(e)(6) and is now at 7 CFR 1b.4(d)(30) (*Timber stand and/or wildlife habitat improvement activities that do not include the use of herbicides or do not require more than 1 mile of low standard road construction*) to comply with NEPA for a broad range of activities – from prescribed burning to pre-commercial and commercial thinning – to improve timber stands and habitat conditions across NFS lands nation-wide. In addition, 7 CFR 1b.4(d)(30) is key to attaining the objectives set forth in Executive Order 14225, Immediate Expansion of American Timber Production (March 1, 2025). The agency's internal tracking database indicates that category 7 CFR 1b.4(d)(30) has been used more than 1,500 times in the last ten years. To change the applicability of the category after 33 years of implementation actions would alter the agency's well-established process it has used to improve wildlife habitat, address forest health issues, and reduce wildfire risk across thousands of acres and cause a significant shift in the agency's ability to efficiently comply with NEPA for these improvement activities. Actions that are currently categorically excluded from documentation in an Environmental Assessment or Environmental Impact Statement would require preparation of additional time-consuming and unnecessary documentation that would hamper the agency's ability to reduce wildfire risk and address forest health issues following natural disasters and in degraded areas requiring urgent response.

   3. On June 3, 2023, the Fiscal Responsibility Act, Section 109, *Adoption of Categorical Exclusions*, authorized adoption of CEs between federal agencies. The

Department of Homeland Security (DHS) adopted 7 CFR 1b.4(d)(30) on June 16, 2025. The Department of Interior, National Park Service (NPS) adopted the CE on June 11, 2025. Limiting the applicability of this CE now may adversely affect DHS and NPS intentions on use of the CE as currently written.

Executed on this 30 day of July 2025.

BRADLEY KINDER
Digitally signed by BRADLEY KINDER
Date: 2025.07.30 11:26:29 -04'00'

Brad Kinder
Acting Director

Forest Service
Ecosystem Management Coordination