NATALIE K. WIGHT, OSB # 035576
United States Attorney
District of Oregon
SEAN E. MARTIN, OSB # 054338
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
sean.martin@usdoj.gov
Telephone: (503) 727-1010
Attorneys for Defendants

FILED 24 SEP '25 13:11 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| OREGON WILD; and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; MICHAEL RAMSEY; JEANNETTE WILSON; RANDY MOORE; and THOMAS VILSACK,<br><br>Defendants. | Case No. 1:22-cv-01007-MC<br><br>DEFENDANTS' ADMINISTRATIVE RECORDS ON USB THUMB DRIVE |

