**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB #054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **OREGON WILD**; **WILDEARTH GUARDIANS**; and **GO ALLIANCE**,<br><br>      Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE**; **DONALD ASHCRAFT**; **JEANNETTE WILSON**; **TOM SCHULTZ**; and **BROOKE ROLLINS**,<br><br>      Defendants. | Case No. 1:22-cv-01007-MC<br><br>**DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Defendants file this unopposed motion to reschedule the oral argument on the parties' cross-motions for summary judgment. The argument is currently set for November 7, 2025. ECF 84. Defendants request that the argument be rescheduled out approximately 30 days from its current date. Pursuant to LR 7-1, counsel for the parties conferred by phone and this motion is unopposed.

There is good cause to grant this unopposed motion. At the end of the day on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. The same is true for several other Executive agencies, including Defendant United States Forest Service ("USFS") and the United States Department of Agriculture ("USDA"). Absent an appropriation, DOJ civil defensive attorneys and employees of the USFS and USDA are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

If the November 7 argument is not rescheduled, and the appropriation lapse continues, Defendants will be prejudiced because undersigned counsel will not be able to adequately prepare for the argument with key USFS and

Page 1    Defendants' Unopposed Motion to Reschedule Oral Argument on Cross-Motions for Summary Judgment; *Oregon Wild, et al. v. United States Forest Service, et al.*, Case No. 1:22-cv-01007-MC

USDA personnel and these key personnel will not be able to attend the argument. Undersigned counsel believes that rescheduling argument approximately 30 days out from November 7 will provide for more time for the appropriations lapse to resolve and for federal personnel to adequately prepare for argument.

For these reasons, this Court should grant this unopposed motion.

Dated this 27th day of October, 2025.

          Respectfully submitted,

          SCOTT E. BRADFORD
          United States Attorney
          District of Oregon

          */s/ Sean E. Martin*
          SEAN E. MARTIN
          Assistant United States Attorney