IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| OREGON WILD; WILDEARTH GUARDIANS; and GO ALLIANCE, | Case No. 1:22-cv-01007-MC |
| Plaintiffs, | JUDGMENT |
| v. | |
| UNITED STATES FOREST SERVICE; MICHAEL RAMSEY, *in his official capacity as Lakeview Ranger District Ranger*; JEANNETTE WILSON, *in her official capacity as Silver Lake Ranger District Ranger*; TOM SCHULTZ, *in his official capacity as Chief of the U.S. Forest Service*; and BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*, | |
| Defendants. | |

MCSHANE, Judge:

    Based on the record in this action, Plaintiffs' Motion for Summary Judgment (ECF No. 68) is GRANTED and Defendants' Cross-Motion for Summary Judgment (ECF No. 72) is DENIED. Because Defendants failed to make the required findings that commercial thinning operations do not cause significant environmental effects when Defendants promulgated CE-6, CE-6 is arbitrary and capricious in violation of the Administrative Procedure Act.

    The Court REMANDS and SETS ASIDE CE-6 as to all future Forest Service actions that are not final agency actions as of the date of this Court's Order (ECF No. 88). Further, because

they relied on CE-6, the Court SETS ASIDE the approvals of the South Warner Project, Baby Bear Project, and Bear Wallow Project (the "Projects"). Existing contracts regarding the sale of commercially thinned timber from the Projects are not affected, and Defendants are not precluded from completing an EA or EIS, or relying on a different CE, to support resuming the Projects.

IT IS SO ORDERED.

DATED this <u>13th</u> day of January 2026.

                                                             /s/ Michael McShane
                                                            **Michael J. McShane**
                                               **United States District Judge**

2 – JUDGMENT