Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

Erin Hogan-Freemole
(971) 417-6851 │ ehoganfreemole@wildearthguardians.org
WILDEARTH GUARDIANS
213 SW Ash Street, Suite 202
Portland, OR 97204

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation; and **GO Alliance**, an Oregon nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE**, **DONALD ASHCRAFT**, in his official capacity as Lakeview Ranger District Ranger; **JEANNETTE WILSON**, in her official capacity as Silver Lake Ranger District Ranger; **TOM SHULTZ**, in his official capacity as Chief of the U.S. Forest Service; and **BROOKE ROLLINS**, in his official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 1:22-cv-01007<br><br>**DECLARATION OF OLIVER J. H. STIEFEL** |

I, OLIVER J. H. STIEFEL, declare as follows:

1. I am counsel of record for Plaintiffs in this matter.

2. This declaration is made in support of Plaintiffs' bill of costs filed herewith.

3. The concurrently filed bill of costs form AO 133 seeks costs necessarily incurred by Plaintiffs in this action. This declaration serves to verify those costs pursuant to 28 U.S.C. § 1924 and Local Rule 54-1(a)(2). The costs listed in the bill of costs form AO 133 are correct and were necessarily incurred in this matter.

4. Exhibit 1 to this declaration is a true and correct copy of the August 18, 2021 receipt for the $402.00 civil filing fee for this action.

5. Exhibit 2 to this declaration is a true and correct copy of the receipt for the August 28, 2023 notice of appeal filing fee hearing in the amount of $505.00.

6. Exhibit 3 to this declaration is a true and correct copy of the invoice and check for the transcript of the July 20, 2023 hearing in the amount of $272.00.

7. Plaintiffs are the "prevailing party" under 28 U.S.C. § 2412(a)(1), Federal Rule of Civil Procedure 54(d)(1), and Local Rule 54-1(a)(1) because Plaintiffs obtained significant court-ordered relief that accomplished the main purposes of its lawsuit when the Court granted Plaintiffs' motion for summary judgment, ECF88, and granted judgment in Plaintiffs' favor. *See* ECF89.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2026 at Portland, Oregon.

s/ Oliver J. H. Stiefel
Oliver J. H. Stiefel
CRAG LAW CENTER

STIEFEL DECL.—1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2212*