**From:** DO_NOT_REPLY@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: OREGON DISTRICT COURT
**Date:** July 12, 2022 at 12:45 PM
**To:** oliver@crag.org

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 4185154
Court: OREGON DISTRICT COURT
Amount: $402.00
Tracking Id: AORDC-8582856
Approval Code: 412154
Card Number: ************5330
Date/Time: 07/12/2022 03:45:04 ET

NOTE: This is an automated message. Please do not reply

EXHIBIT 1 Page 1 of 1