## U.S. District Court
## District of Oregon
## Internet Payment History for Hogan-Freemole, Erin
### 7/1/2023 to 10/1/2023

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 1:22-cv-01007-MC | 2023-08-28 21:11:05 | Notice of Appeal( 1:22-cv-01007-MC) [appeal ntcappat] ( 505.00) | cr card | AORDC-9062671 | $ 505.00 |

EXHIBIT 2 Page 1 of 1