```
                    KENDRA A. STEPPLER, RPR
                     Official Court Reporter
                   United States District Court
                  405 E. 8th Avenue, Room 2130
                         Eugene, OR 97401
                          (541) 431-4112
                  kendra_steppler@ord.uscourts.gov
```

                            I N V O I C E

Invoice No. 160
10-Oct-23


To:          WildEarth Guardians
             P.O. Box 13086
             Portland, OR 97213

             Attn:      Erin Hogan-Freemole

             Re:        Oregon Wild, et al. v. U.S. Forest
                        Service, et al.
                        Case No. 1:22-cv-01007-MC

             Transcript for oral argument held July 20,
             2023, before Judge McShane.

| 30-day Original Transcript | 68 |
|---|---|

| **TOTAL DUE:** | $272.00 |
|---|---|

             Thank you!


| PLEASE MAKE CHECKS PAYABLE TO KENDRA STEPPLER |
|---|

EXHIBIT 3 Page 1 of 2

Account: PAYMENT

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$272.00

22/1230

CRAG LAW CENTER
3141 E BURNSIDE ST
PORTLAND, OR 97214-1855

Please Direct Any Questions To
(800) 278-6302
OUR OPERATIONS DEPARTMENT

0000005990

October 19, 2023

MEMO: Inv. 160 10.10.23

US BANK NA

Pay  TWO HUNDRED SEVENTY TWO AND 00/100 — — — — — — — — — — — — — — — — — — — — — — — — — — DOLLARS

TO THE ORDER OF

KENDRA STEPPLER
USDC RM 2130
405 E 8TH AVE
EUGENE, OR 97401-2706

$ *******272.00

Void After 180 DAYS.
Signature On File
This check has been authorized
by your depositor

⑈005990⑈ ⑆123000220⑆ 153691174475⑈

5990            Oct 26            272.00

EXHIBIT 3 Page 2 of 2