Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

Erin Hogan-Freemole
(971) 417-6851 │ ehoganfreemole@wildearthguardians.org
WILDEARTH GUARDIANS
213 SW Ash Street, Suite 202
Portland, OR 97204

     *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation; and **GO Alliance**, an Oregon nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE**, **DONALD ASHCRAFT**, in his official capacity as Lakeview Ranger District Ranger; **JEANNETTE WILSON**, in her official capacity as Silver Lake Ranger District Ranger; **TOM SHULTZ**, in his official capacity as Chief of the U.S. Forest Service; and **BROOKE ROLLINS**, in his official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 1:22-cv-01007<br><br><br>**FOURTH DECLARATION OF OLIVER J. H. STIEFEL** |

I, OLIVER J. H. STIEFEL, declare as follows:

1.      I am over 21 years old and have personal knowledge of the matters set forth below.

2.      I am counsel of record to Plaintiffs Oregon Wild, WildEarth Guardians, and GO Alliance. This is the fourth declaration I have submitted in this matter. ECF Nos. 18, 31-1, 91. I offer this declaration to attach two exhibits filed in support of Plaintiffs *Response to Defendants' Motion for Relief Under FED. R. CIV. P. 60 and/or FED. R. CIV. P. 59(e)*, filed herewith.

3.      Exhibit 1 is a true and correct copy of the scoping letter for the South End Project on the Klamath National Forest dated April 18, 2024, *available at* https://www.fs.usda.gov/r05/klamath/projects/56560 (last visited Feb. 18, 2026).

4.      Exhibit 2 is a true and correct copy of an email I received on January 26, 2026 from the Pacific Southwest Region of the Forest Service entitled, "Klamath National Forest Quarterly NEPA update."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of February, 2026 in Portland, Oregon.

_____
Oliver J. H. Stiefel

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2212*