# EXHIBIT 1

Scoping Letter, South End Project (April 18, 2024)
U.S. Forest Service, Klamath National Forest

| | | | |
|---|---|---|---|
| **USDA** | United States<br>Department of<br>Agriculture | Forest<br>Service | Klamath National Forest<br>Goosenest Ranger District | 37805 Highway 97<br>Macdoel, CA 96058<br>530-398-4391<br>TDD: 530-398-5744 |

File Code: 1950
Date: April 18, 2024

Dear Reviewer:

The Forest Service is using a categorical exclusion (CE) for the proposed South End Project, and we are asking you to provide comments. The proposed action may be categorically excluded from further analysis and documentation under 36 CFR 220.6(e)(6): Timber stand and/or wildlife habitat improvement activities that do not include the use of herbicides or do not require more than 1 mile of low standard road construction.

The South End Project was developed to 1) improve forest health, resiliency, and productivity; 2) improve wildlife habitat; 3) improve watershed conditions; and 4) enhance opportunities for community production and public safety. A secondary goal is to provide a sustainable supply of forest products to the region. This project area encompasses 60,776 acres with 30,485 acres of proposed treatment and is located on the Goosenest Ranger District of the Klamath National Forest 13 miles south of Macdoel, in Siskiyou County, California. Proposal information is also available on Klamath National Forest's project webpage at:
https://www.fs.usda.gov/project/klamath/?project=56560.

Comments received by May 24, 2024 are assured consideration in the next phase of project planning. Submit electronic comments to Jason.Henkle@usda.gov or at the Klamath National Forest's project webpage: https://www.fs.usda.gov/project/klamath/?project=56560 by selecting the "Comment on Project" link in the "Get Connected" group at the right-hand side of the project webpage. Put the project name in the subject line; attachments may be in the following formats: plain text (.txt), rich text format (.rtf), Word (.doc, .docx), or portable document format (.pdf).

Written comments can be submitted via fax (530) 398-5749 or mailed to Curtis Coots ATTN: Jason Henkle, 37805 Highway 97, Macdoel, CA 96058, or hand-delivered during normal business hours (8:00 am to 4:00pm Tuesday and Wednesdays, excluding holidays).

Comments received, including the names and addresses of those who comment, will be considered part of the public record on this proposal and will be available for public inspection (40 CFR 1501.7 and 1508.22; Forest Service Handbook 1909.15, Section 21).

Thank you for your interest in this project.

Sincerely,

X [signature]

CURTIS COOTS
Acting District Ranger Goosenest RD




Caring for the Land and Serving People        Printed on Recycled Paper



Figure 1: South End Project map.

