# EXHIBIT 2

Email, Klamath National Forest Quarterly NEPA Update (January 26, 2026



**From:** Klamath National Forest no-reply@news.fs.usda.gov
**Subject:** Klamath National Forest Quarterly NEPA Update
**Date:** January 26, 2026 at 10:50 AM
**To:** oliver@crag.org

 

Klamath National Forest & Butte Valley National Grassland

# Klamath National Forest Quarterly NEPA Update

January 2026

The Klamath National Forest is planning the following projects under the National Environmental Policy Act (NEPA). Updates will be shared in January, April, July and October of each year for the foreseeable future. This update replaces the quarterly schedule of proposed actions while providing similar information.  As we change database systems, some projects listed below do not yet have a project webpage.

For more project information:

- Project site on the Klamath National Forest webpage: https://www.fs.usda.gov/r05/klamath/projects

- Sign-up for NEPA notifications here: https://www.fs.usda.gov/r05/klamath/projects/signup

- To ask questions on specific NEPA projects email sm.fs.ca.klamathnf.projects@usda.gov and put the name of the project in the subject line.

**Forest-wide Projects**

**Klamath and Shasta-Trinity National Forests' Prescribed Fire Project.** Type: programmatic fuels EA. Status: Under analysis. Decision: Estimated May 2026; Site-specific NEPA to follow ahead of implementation. https://www.fs.usda.gov/r05/klamath/projects/66583

**Middle Mile Broadband Initiative** Type: Special Uses CE. Status: Developing Proposal. Decision: Estimated February 2026 https://www.fs.usda.gov/r05/klamath/projects/154225

**Low-Tech Process-Based Watershed Restoration** Type: Conditioned-based management CE. Status: Developing proposal. Decision: Estimated April 2026.

**Goosenest Ranger District Projects**

**Tennant Waterline Replacement** Type: Grazing Management CE. Status: Developing Proposal.

Exhibit 2 Page 1 of 3

Decision: Estimated January 2026 https://www.fs.usda.gov/r05/klamath/projects/142224

**Cal-Ore Telephone Reconnect 3** Type: Special Uses CE. Status: Developing Proposal. Decision: Estimated January 2026

**Cal-Ore Telephone IMA2502** Type: Special Uses CE. Status: Developing Proposal. Decision: Estimated March 2026

**Cal-Ore Telephone A-Cam** Type: Special Uses CE. Status: Developing Proposal. Decision: Estimated July 2026

**American Dark Fiber Route 97** Type: Special Uses CE. Status: Developing Proposal. Decision: estimated August 2026

**Copco Fuels Reduction Project Type Fuels management** Type Fuels CE. Status: Developing Proposal. Decision: Estimated September 2026. https://www.fs.usda.gov/r05/klamath/projects/68268

**South End** Type: Vegetation/Fuels EA. Status: Under analysis. Decision: Estimated March 2026.

**OPPORTUNITY FOR PUBLIC COMMENT ON SOUTH END**: The project's purpose aligns with Executive Order 14225, Immediate Expansion of American Timber Production (March 1, 2025). Due to the critical and time-sensitive nature of the proposed action and its alignment with the Active Management Executive Order and the April 2025 USDA Secretarial Memo 1078-006, the responsible official plans to approve an Emergency Action Determination, which waives the comment period and administrative review process under 36 CFR 218. Details of the proposed action can be found at: https://www.fs.usda.gov/r05/klamath/projects/56560

Submit comments by Feb. 25 to: sm.fs.ca.klamathnf.projects@usda.gov. Include Project Name in the subject line.

### Happy Camp/Oak Knoll District Projects

**Large Wood Loading and Floodplain Restoration Phase 3** Type: Watershed Management CE. Status: Developing Proposal. Decision: Estimated April 2026

**Seiad Restoration Thin** Type: Vegetation/Fuels Management CE. Decision estimated May 2026.

**OPPORTUNITY FOR PUBLIC COMMENT ON** Seiad Restoration Thin: The project's purpose aligns with Executive Order 14225, Immediate Expansion of American Timber Production (March 1, 2025). Due to the critical and time-sensitive nature of the proposed action and its alignment with the Active Management Executive Order and the April 2025 USDA Secretarial Memo 1078-006, the responsible official plans to approve an Emergency Action Determination, which waives the comment period and administrative review process under 36 CFR 218. Details of the proposed action can be found at: https://www.fs.usda.gov/r05/klamath/projects/67404

Exhibit 2 Page 2 of 3

Submit comments by Feb. 25 to: sm.fs.ca.klamathnf.projects@usda.gov. Include Project Name in the subject line.

### Salmon/Scott River Ranger District Projects

**Discovery Day Mine** Type: Minerals and Geology EA. Status: Under analysis. Decision: Estimated May 2026. https://www.fs.usda.gov/r05/klamath/projects/52448

**Windler Bar Habitat Enhancement** Type: Biology/Watershed Management CE. Status: Under analysis. Decision: Estimated June 2026. https://www.fs.usda.gov/r05/klamath/projects/66233

*For additional information, please contact: the Klamath National Forest NEPA Team at*
*sm.fs.ca.klamathnf.projects@usda.gov*



Exhibit 2 Page 3 of 3