UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILDEARTH GUARDIANS, a New Mexico nonprofit corporation; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>Defendants - Appellants,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service and THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture,<br><br>Defendants. | No. 26-3137<br><br>D.C. No.<br>1:22-cv-01007-MC<br>District of Oregon,<br>Medford<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 13) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator