Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 | meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **OREGON WILD**, an Oregon nonprofit corporation; **WILDEARTH GUARDIANS**, a New Mexico nonprofit corporation; and **GO Alliance**, an Oregon nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE**, **DONALD ASHCRAFT**, in his official capacity as Lakeview Ranger District Ranger; **JEANNETTE WILSON**, in her official capacity as Silver Lake Ranger District Ranger; **TOM SHULTZ**, in his official capacity as Chief of the U.S. Forest Service; and **BROOKE ROLLINS**, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 1:22-cv-01007<br><br>**JOINT STATUS REPORT REQUESTING TO EXTEND THE STAY ON BRIEFING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS FEES AND OTHER EXPENSES** |

Pursuant to this Court's order of October 14, 2026, ECF No. 110, Oregon Wild, WildEarth Guardians, and GO Alliance ("Plaintiffs"), and the United States Forest Service, Donald Ashcraft, Jeannette Wilson, Tom Schultz, and Brooke Rollins ("Defendants"), hereby submit this Joint Status Report updating this Court on attorneys fee settlement negotiations and jointly requesting an order extending the stay on briefing on Plaintiffs' motion for attorneys fees and other expenses ("Fee Motion").

On October 8, 2026, Plaintiffs filed their Fee Motion. ECF No. 104. On that same day, the Parties jointly moved for a stay of briefing on the Fee Motion, citing their desire to explore settlement and possibly avoid a second round of litigation over attorneys' fees and other expenses. ECF No. 109. On October 14, 2026, this Court granted the motion and ordered the Parties to submit a Joint Status Report by November 9, 2026. ECF No. 110.

On October 8, 2026, counsel for Plaintiffs sent counsel for Defendants an opening fee settlement offer. On November 5, 2026, counsel for Defendants sent counsel for Plaintiffs a counteroffer. The Parties have conferred and are in agreement that it would be worthwhile to continue to pursue settlement negotiations and that it is possible that a settlement may be reached without further involvement by this Court.

The Parties therefore jointly request that this Court enter an Order extending the stay on further proceedings on the Fee Motion and requiring the Parties to submit a Joint Status Report by December 9, 2026. On that date, the Parties will apprise this Court of the status of settlement negotiations and either request more time to reach an approved settlement or propose a briefing schedule on the Fee Motion should negotiations prove unsuccessful. Plaintiffs and Defendants stipulate that the agreed-upon proposed schedule, if necessary, shall provide for Plaintiffs to file supplemental briefing and materials (including declarations) in support of the Fee Motion,



*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2212*

followed by Defendants' submission of briefing and materials in opposition, followed by Plaintiffs' reply in support. Plaintiffs and Defendants further stipulate that they will not raise an objection to the timeliness of the submission of additional materials as described above if a settlement cannot be reached. Finally, by stipulating to this stay, Defendants do not waive any defenses to the Fee Motion other than as expressly stated in the previous sentence.

Wherefore, Plaintiffs and Defendants respectfully request that the Court enter an order extending the stay of further proceedings on the Fee Motion until **December 9, 2026**, and directing Plaintiffs and Defendants to file on or before that same date an agreed-upon schedule for further proceedings on the Fee Motion if settlement negotiations are unsuccessful.

DATED this 9th day of November, 2026.

Jointly and respectfully submitted,

s/ Oliver J. H. Stiefel
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 | oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 | meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

s/ Sean E. Martin (with permission)
Sean E. Martin, OSB # 054338
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
sean.martin@usdoj.gov
Telephone: (503) 727-1010

*Attorney for Defendants*